**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6952**

ISIAH JAMEL BARBER,

Petitioner – Appellant,

v.

ERIC D. WILSON, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.    Leonie M. Brinkema, District Judge. (1:15-cv-00140-GBL-TCB)

Submitted: December 17, 2015          Decided: January 8, 2016

Before SHEDD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Isiah Jamel Barber, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isiah Jamel Barber, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Barber v. Wilson, No. 1:15-cv-00140-GBL-TCB (E.D. Va. Apr. 15, 2015). We deny Barber's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2